AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> **TROY KELLY** <br><br> Defendant | ) <br> ) <br> ) Case No. 8:24-MJ-292 (CFH) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
JUN 24 2024
AT_____O'CLOCK
John M. Domurad, Clerk - Albany
US DISTRICT COURT - N.D. OF N.Y.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 19, 2024 in the county of Essex in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against the President of United States |

This criminal complaint is based on these facts:
See accompanying affidavit, incorporated herein.

☒ Continued on the attached sheet.

_____
Complainant's signature
United States Secret Service Special Agent William Henry
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 6/24/2024

_____
*Judge's signature*

City and State: Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, William Henry IV, being first duly sworn on oath, state that:

1. I am a Special Agent with the United States Secret Service (USSS), currently assigned to the Albany, NY Resident Office. I have graduated from the Criminal Investigator Training Program (400 hours) at the Federal Law Enforcement Training Center in Glynco, Georgia. I have attended a 40-hour program at the National Computer Forensics Institute in Hoover, Alabama taught by computer specialists. I graduated the Special Agent Training Course taught by the USSS and completed an estimated 520 hours of training. I have a bachelor's degree in Criminal Justice from Columbia College of Missouri and was previously a United States Army Paratrooper in the 82nd Airborne Division.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Troy KELLY, born December 3, 2004, for a violation of 18 U.S.C. § 871 (Threats Against the President of the United States).

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of securing an arrest warrant and establishing probable cause that KELLY committed the above-listed offense. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

4. On June 17, 2024, the USSS Albany Office became aware of an individual using the social media platform X, formerly known as Twitter, who had posted threatening statements online via the X user account "@CountryBoyTroy0" with the display name "Troy Kelly" (hereafter the Account). The statements posted by the Account include statements related to killing the President of the United States.

5. Law enforcement investigators reviewed the Account's online activity on X and observed the following, publicly-posted statement from May 17th, 2024, at approximately 2:56 PM:



https://x.com/CountryBoyTroy0/status/1791543411578683547

6. The statement, whereby the user states their intention to "put a bullet in" the head of the President of the United States, is still publicly available to be seen on X as of June 21, 2024.

7. Based on the nature of these statements, investigators obtained subscriber information from X Corporation, and discovered that the IP address 76.38.143.126 was used by the Account on May 17th, 2024, to connect to the internet and the X website within the approximate timeframes the threatening statements were being posted. Additional subscriber information revealed that the email address troy.kelly123[XXXX]@gmail.com is associated with the Account.[1]

8. Investigators then conducted an open-source internet query for information on IP address 76.38.143.126 and learned it geo-located to the area of Schroon Lake, NY and was owned by Spectrum. The IP address appeared to be a residential network, with a 20km accuracy radius and a static IP score of 10.4.

9. Again using openly available sources, investigators linked the email address troy.kelly123[XXXX]@gmail.com to a Google review that was made approximately 4 months ago in Cobleskill, NY. The display name for the account is similarly "Troy Kelly."



---

[1] The full email address is available at the Court's request.

10. By reviewing other documents available to law enforcement agencies, investigators identified a Troy Kelly, born December 3rd, 2004, who previously lived at an address in Cobleskill, New York, along with other personal identifying information.

11. From this personal identifying information, investigators were able to locate an active New York State driver's license for KELLY. The primary contact address listed was 495 Amy Hill Rd, Crown Point, NY 12928.

12. On June 19th, 2024, two New York State Police Investigators, one New York State Trooper and I went to 495 Amy Hill Rd, Crown Point, NY 12928 in an attempt to locate and interview KELLY. Upon knocking on the door, KELLY's father answered. We identified ourselves as police and requested to speak to KELLY. Kelly's father said that KELLY was home and went to get him.

13. Upon KELLY's arrival to the front door, I introduced myself as a Special Agent with the USSS and informed KELLY I was there because of a threat directed towards President Biden via the social media platform X, previously known as Twitter.

14. I asked KELLY if I could speak to him for a few moments and he agreed. I asked KELLY if he had an X account; he confirmed that he did and that his handle was "@CountryBoyTroy0." I asked KELLY if he was the one who made threatening posts directed towards President Biden using the Account. KELLY answered in the affirmative and said it was him. I asked KELLY why he posted the statement on X and he said: "It's true." I asked KELLY if he still wants to kill President Biden and KELLY stated, "If I could, I would." I asked KELLY why he wants to kill President Biden and KELLY replied by saying that President Biden and his son are a disgrace.

15. The NYSP then received consent from KELLY's father to enter the premises to search for any visible firearms. The NYSP seized two black powder rifles with optics, unsecured in a bedroom leaning against a wall, and proceeded to file an Emergency Extreme Risk Protection Order under New York State law, which permitted them to seize the weapons.

16. Following the interview, another review of KELLY's Account was performed, and two additional posts directed towards President Biden were discovered. They both occurred on May 31st, 2024. KELLY stated "We should just off this old fuck already," and "Biden, Your times coming. If not by my hand then spmone else's. You'll see." The posts can be seen below:



https://x.com/CountryBoyTroy0/status/1796568151804760269



https://x.com/CountryBoyTroy0/status/1796567909567005140

## Conclusion

17. Based on the foregoing, I submit there is probable cause to believe that in the Northern District of New York, KELLY made threatening statements against the President of the United States of America, in violation of 18 U.S.C § 871.

**Attested to by the affiant.**                    Respectfully submitted,

*[signature]*
William Henry IV
Special Agent
United States Secret Service

I, the Honorable Christian F. Hummel, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on June 24, 2024, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*[signature]*
Hon. Christian F. Hummel
UNITED STATES MAGISTRATE JUDGE