U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 12 2024
AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 8:24-CR-493 (BKS) |
| **v.** | ) **Indictment** | |
| **TROY KELLY,** | ) Violations: | 18 U.S.C. § 871(a) [Threats Against the President of the United States] |
| | ) 3 Counts | |
| **Defendant.** | ) County of Offenses: | Essex |

**THE GRAND JURY CHARGES:**

**COUNTS 1-3**
**[Threats Against the President of the United States]**

On or about the following dates, in Essex County in the Northern District of New York, and elsewhere, the defendant, **TROY KELLY**, knowingly and willfully made a threat to take the life of and to inflict bodily harm upon the President of the United States, that is, **TROY KELLY** made the following threats on Social Media Platform 1 to injure and kill the President:

| Count | Date | Threat to President |
|---|---|---|
| **1** | September 28, 2023 | "What set the stage was your senile ass being president if it ain't me I hope it's a reporter near you who gets the job done [laughing emoji]" |
| **2** | May 17, 2024 | "I really hope you to see u old fuck. Gonna put a bullet in your head if I ever catch you. Get the fuck out of office" |
| **3** | May 31, 2024 | "Biden, Your times coming. If not by my hand then spmone else's. You'll see"<br><br>"We should just off this old fuck already" |

All in violation of Title 18, United States Code, Section 871(a).

Dated: December 12, 2024

A TRUE BILL, *Name redaction

[redacted]

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:

Joseph S. Hartunian
Assistant United States Attorney
Bar Roll No. 704398